UNITED STATES DISTRICT COURT
WESTERN DISTRICT PENNSLYVANIA

| | |
|---|---|
| STEPHANIE GROOMS,            ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | |
|     v.                       ) | Case No.: 2:13-cv-01386-AJS |
|                              ) | |
| GC SERVICES, LP,             ) | |
|                              ) | |
|     Defendant.               ) | |

## NOTICE OF SETTLEMENT

Plaintiff, STEPHANIE GROOMS ("Plaintiff"), through her attorney, Michael A. Siddons, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

By: /s/ Michael A. Siddons_____
Michael A. Siddons, Esq.
16 West Front Street
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On October 21, 2013, Michael A. Siddons, e-mailed a copy this Filed Notice of Settlement to Defendant's, GC SERVICES, LP'S, attorney, Jennifer Root, at jroot@finemanlawfirm.com.

By:/s/____ Michael A. Siddons_____
Michael A. Siddons