# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| STEPHANIE GROOMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:13-cv-01386-AJS |
| ) | |
| GC SERVICES, LP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, STEPHANIE GROOMS, ("Plaintiff"), through Michael A. Siddons, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

        RESPECTFULLY SUBMITTED,

        By: /s/ Michael A. Siddons_____
           Michael A. Siddons, Esq.
           16 West Front Street
           Media, PA 19063
           Tel: 484-614-6546
           msiddons@siddonslaw.com
           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On November 21, 2013, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's counsel, Jennifer Root, at jroot@finermanlawfirm.com

        By: /s/ Michael A. Siddons_____
           Michael A. Siddons, Esq.

1