UNITED STATES DISTRICT COURT
WESTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| STEPHANIE GROOMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:13-cv-01386-AJS |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, STEPHANIE GROOMS, ("Plaintiff"), through Michael A. Siddons, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

RESPECTFULLY SUBMITTED,

By: /s/ Michael A. Siddons
Michael A. Siddons, Esq.
16 West Front Street
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On November 21, 2013, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's counsel, Jennifer Root, at jroot@finermanlawfirm.com

By: /s/ Michael A. Siddons
Michael A. Siddons, Esq.

1

AND NOW, this 21st day of Nov, 2013,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE